The People of the State of New York, Respondent,
against
Paulino Camacho, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Stephen Antignani, J.), rendered November 29, 2016, convicting him, after a jury trial, of forcible touching and sexual abuse in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Stephen Antignani, J.), rendered November 29, 2016, affirmed.
By failing to object, by making generalized objections, or by failing to request further relief after the court took curative actions, defendant failed to preserve most of his challenges to the prosecutor's summation, and we decline to review them in the interest of justice. In any event, the challenged remarks, viewed in context with the statements made by defense counsel during summation, were fair comment on the evidence and did not misstate the applicable law (see People v Garland, 155 AD3d 527, 529 [2017]; People v Feola, 154 AD3d 638, 639 [2017]). Any isolated improprieties were not so egregious as to deprive defendant of a fair trial (see People v D'Alessandro, 184 AD2d 114, 118-119 [1992], lv denied 81 NY2d 884 [1993]) and the court's curative instructions were sufficient to prevent any prejudice (see People v Overlee, 236 AD2d 133 [1997], appeal denied 91 NY2d 976 [1998]; see also People v Brown, 90 AD3d 575, 576 [2011], aff'd 21 NY3d 739 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: April 25, 2018